** PENALTIES — OIL AND GAS PRODUCTION ** A COUNTY ATTORNEY (DISTRICT ATTORNEY) IS 'NOT' AUTHORIZED TO COMPROMISE A CLAIM FOR THE PENALTIES PRESCRIBED IN 18 O.S. 1.23 [18-1.23] ("BUSINESS CORPORATION ACT"), FOR THE OWNING OR HOLDING, BY OR FOR A CORPORATION OF REAL ESTATE IN VIOLATION OF 18 O.S. 20 [18-20], 18 O.S. 21 [18-21] (RURAL LAND, SETTLED FOR LESS THAN AMOUNT DUE, REAL ESTATE, DOMESTICATION) CITE: ARTICLE V, SECTION 53, 18 O.S. 1.21 [18-1.21], 18 O.S. 1.24 [18-1.24] 18 O.S. 1.23 [18-1.23] (JAMES C. HARKIN)